**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 125664
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL JIMENEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A. AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No: 1:24-cv-09185<br><br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff Miguel Jimenez ("*Plaintiff*") by and through counsel, to provide notice to the Court that the present cause has been settled between the Plaintiff, and Defendant Equifax Information Services, LLC only, and state:

1. A settlement agreement ("*Agreement*") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences as they pertain to Equifax Information Services, LLC, only.

3. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences and request the Court provide that the parties may seek to reopen the

matter for forty-five (45) days to assure that the Agreement is executed and all terms of settlement have been consummated.

| | |
|---|---|
| Dated: December 5, 2024 | **SANDERS LAW GROUP**<br><br>By: ___/s/ Nicola Richards___<br>Nicola Richards, Esq.<br>333 Earle Ovington Blvd, Suite 402<br>Uniondale, NY 11553<br>Tel: (516) 203-7600<br>Email: nrichards@sanderslaw.group<br>*Attorneys for Plaintiff* |