UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL JIMENEZ,<br><br>                              Plaintiff,<br><br>-against-<br><br>CITIBANK, N.A. and EQUIFAX INFORMATION SERVICES, LLC.,<br><br>                              Defendants. | Case No. 1:24-cv-09185 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court having been advised at Dkt. 6 that all claims asserted by Plaintiff against Defendant Equifax Information Services, LLC ("Equifax") have been settled in principle, it is ORDERED that Plaintiff's claims as to Equifax are hereby DISMISSED and discontinued without costs, and without prejudice to the right to reassert those claims within forty-five days of the date of this Order if the settlement is not consummated. This Order has no effect on Plaintiff's claims as to Citibank, N.A., which remain ongoing.

To be clear, any application to reassert those claims must be filed by the aforementioned deadline; any application to reassert those claims filed thereafter may be denied solely on that basis. If Plaintiff and Equifax wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reassert those claims to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions pertaining to Plaintiff's claims against Equifax are moot and all deadlines against Equifax are vacated. Any conferences pertaining to Plaintiff's claims

1

against Equifax are canceled.  The Clerk of Court is respectfully directed to change the

caption to reflect only Plaintiff's claims against Citibank, N.A.

Dated: December 6, 2024
      New York, New York

                                         SO ORDERED.

                                         JENNIFER L. ROCHON
                                         United States District Judge