UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL JIMENEZ,<br><br>       Plaintiff,<br><br>  -against-<br><br>CITIBANK, N.A. and EQUIFAX INFORMATION SERVICES, LLC,<br><br>       Defendants. | Case No. 1:24-cv-09185 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On December 10, 2024, the Court entered the parties' stipulation to arbitration and stayed these proceedings pending the outcome of arbitration. Dkt. 9. The parties shall provide the Court with a joint update on the status of arbitration proceedings by March 11, 2025, and every 90 days thereafter.

Dated: December 11, 2024
   New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge