UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL JIMENEZ,<br><br>         Plaintiff,<br><br>  -against-<br><br>CITIBANK, N.A. and EQUIFAX INFORMATION SERVICES, LLC,<br><br>         Defendants. | Case No. 1:24-cv-09185 (JLR)<br><br>**ORDER OF DISMISSAL** |

JENNIFER L. ROCHON, United States District Judge:

  The Court having been advised at ECF No. 20 that all claims asserted by Miguel Jimenez ("Jimenez") against Citibank, N.A. ("Citibank") have been settled in principle, it is ORDERED that Jimenez's claims as to Citibank be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action as to those claims **within forty-five (45) days** of the date of this Order if the settlement is not consummated.

  To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed after **August 8, 2025** may be denied solely on that basis.

  If Jimenez and Citibank wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

  Any pending motions pertaining to Jimenez's claims against Citibank are moot. All conferences pertaining to Jimenez's claims against Citibank are canceled. The Clerk of Court is directed to CLOSE the case.

Dated: June 24, 2025
   New York, New York

                       SO ORDERED.

                       *Jennifer Rochon*
                       JENNIFER L. ROCHON
                       United States District Judge